**Order entered April 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00275-CV

**LYNN WOODHAM, Appellant**

**V.**

**US BANK NATIONAL ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06310-B**

## ORDER

The Court has before it appellant's March 29, 2013 "Motion for Rule 60 Relief from Judgment." The Court **DENIES** the motion.

/s/      ELIZABETH LANG-MIERS
         JUSTICE